UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE BOWLER,<br><br>                            Plaintiff,<br><br>    v.<br><br>LANTER EYE CARE AND SURGERY, a corporation, and EARL E. LANTER, M.D., an individual,<br><br>                            Defendants. | Civil No.   07cv209 BTM (CAB)<br><br>**ORDER REGARDING PLAINTIFF'S MOTION TO QUASH DEFENDANTS' SUBPOENAS** |

       On January 9, 2008, the Court held a telephonic discovery conference on Plaintiff's motion to quash Defendants' subpoenas. Joshua Gruenberg, Esq., and Kimberly Ahrens, Esq., appeared for Plaintiff. Scott Witlin, Esq., and Traci Park, Esq., appeared for Defendants.

       On or about December 20, 2007, Defendants served subpoenas on SBC Global and Yahoo! for the production of documents regarding email accounts registered to Plaintiff. Neither subpoenaed party is located in this judicial district and it is the Court's understanding that at this time neither subpoenaed party has objected to the subpoenas. Plaintiff, however, objected on the basis that the subpoenas sought irrelevant, personal and confidential information, including attorney-client communications and moved this Court for an order quashing the subpoenas or in the alternative for an order allowing Plaintiff to first inspect and screen any responsive documents for privilege prior to the production to Defendants.

       Having considered the submissions of the parties and the arguments of counsel, it is HEREBY ORDERED that, absent any objections raised by the subpoenaed parties, which should properly be

addressed to the judicial districts in which they reside, the motion to quash is **GRANTED in Part** and **DENIED in Part**. Production of responsive documents, if any, shall be made to counsel for Plaintiff to afford Plaintiff the opportunity to review the responsive documents for privilege and redact any such documents prior to production to Defendants.

Following production of the responsive documents by SBC Global and Yahoo!, Plaintiff's counsel will notify both Defendants and the Court of the scope of the production and further instructions will be issued with regard to the production to Defendants.

**IT IS SO ORDERED**.

DATED: January 9, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge